# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 CR 592 | **DATE** | 9/7/2011 |
| **CASE TITLE** | USA vs. Daniel Lopez | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Daniel Lopez.

FILED
2011 OCT -7 AM 9:40
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | GR |
|---|---|---|